# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRUM TECHNOLOGIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　　Defendant. | C.A. No. 18-cv-1647-RGA |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, at the request of Defendant Ford Motor Company ("Ford"), hereby moves to further extend the deadline for Ford to answer, move, or otherwise respond to the Complaint (D.I. 1) to February 4, 2019. Ford has not yet retained counsel and, therefore, requested that Plaintiff file this motion. Plaintiff does not oppose the extension sought by Ford.

Dated: December 17, 2018

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Carrum Technologies, LLC*