# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRUM TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | C.A. No. 18-1647-RGA<br><br>**FILED UNDER SEAL** |

## NOTICE OF AMENDED SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Carrum Technologies, LLC will serve an amended subpoena on Unified Patents, attached as Exhibit 1.

Dated: July 8, 2021

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

John Hughes (admitted *pro hac vice*)
Andrew Baak (admitted *pro hac vice*)
Dan Brody (admitted *pro hac vice*)
Jason Murray (admitted *pro hac vice*)
Meg Fasulo (admitted *pro hac vice*)
Bartlit Beck LLP
1801 Wewatta Street, Ste. 1200
Denver, CO 80202
Telephone: (303) 592-3100

john.hughes@bartlitbeck.com
andrew.baak@bartlitbeck.com
dan.brody@bartlitbeck.com
jason.murray@bartlitbeck.com
meg.fasulo@bartlitbeck.com

Rebecca T. Horwitz (admitted *pro hac vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Tel: (312) 494-4400
rebecca.horwitz@bartlitbeck.com

John Vivian (admitted *pro hac vice*)
Hilgers Graben PLLC
601 Pennsylvania Ave. NW
South Building, Suite 900
Washington, D.C. 20004
Tel. (240) 332-8749
jvivian@hilgersgraben.com

Andrew R. Graben (admitted *pro hac vice*)
Hilgers Graben PLLC
10000 N. Central Expressway, Suite 400
Dallas, TX  75321
Tel. (214) 842-6828
agraben@hilgersgraben.com

Trenton D. Tanner (admitted *pro hac vice*)
Hilgers Graben PLLC
575 Fallbrook Blvd., Suite 202
Lincoln, NE  68521
Tel. (402) 218-2106
ttanner@hilgersgraben.com

*Counsel for Plaintiff Carrum Technologies, LLC*