CERTIFICATE OF SERVICE

      I, Brian E. Farnan, hereby certify that on July 8, 2021, a copy of the foregoing document

was served on the following as indicated:

Via E-Mail
Christian J. Singewald
White & Williams LLP
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
singewaldc@whiteandwilliams.com

*Attorneys for Defendant Ford Motor Company*

Via E-Mail
Frank A. Bruno
White & Williams LLP
brunof@whiteandwilliams.com

Lance W. Shapiro
Mark D. Rowland
ROPES &GRAY LLP
lance.shapiro@ropesgray.com
mark.rowland@ropesgray.com

Leslie M. Spencer
DESMARAIS LLP
lspencer@desmaraisllp.com

*Attorneys for Defendant Ford Motor Company*

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)