IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Carrum Technologies, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Ford Motor Company,<br><br>    Defendant. | C.A. No. 18-1647-RGA-SRF |

**CARRUM'S MOTION TO STRIKE FORD'S RELIANCE ON UNDISCLOSED PURPORTED PRIOR ART**

Pursuant to Fed. R. Civ. P. 16, 26, and 37, the Court's Additional Scheduling Order (D.I. 55), and the Court's Revised Sixth Stipulation to Amend Scheduling Order (D.I. 194), Plaintiff Carrum Technologies, LLC ("Carrum") moves to strike all reference to, and all invalidity defenses based on, sixteen Ford documents that Ford relies on as prior art, because they were not disclosed as required in invalidity contentions or interrogatory answers. The grounds for this motion are set forth in Carrum's Memorandum in Support, submitted herewith.

Dated: March 16, 2023

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrew Baak (admitted *pro hac vice*)
John Hughes (admitted *pro hac vice*)
Jason Murray (admitted *pro hac vice*)

Taylor Kelson (admitted *pro hac vice*)
Bartlit Beck LLP
1801 Wewatta Street, Ste. 1200
Denver, CO 80202
Telephone: (303) 592-3100
andrew.baak@bartlitbeck.com
john.hughes@bartlitbeck.com
jason.murray@bartlitbeck.com
taylor.kelson@bartlitbeck.com

Rebecca T. Horwitz (admitted *pro hac vice*)
Mark Levine (admitted *pro hac vice*)
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440
rebecca.horwitz@bartlitbeck.com
mark.levine@bartlitbeck.com

*Counsel for Plaintiff Carrum Technologies, LLC*