<u>CERTIFICATE OF SERVICE</u>

I, Michael J. Farnan, hereby certify that on March 16, 2023, a copy of the foregoing document was served on the following as indicated:

<u>Via E-Mail</u>
Christian J. Singewald
Timothy S. Martin
Daryll Hawthorne-Bernardo
White & Williams LLP
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
singewaldc@whiteandwilliams.com
martint@whiteandwilliams.com
hawthorned@whiteandwilliams.com

*Attorneys for Defendant Ford Motor Company*

<u>Via E-Mail</u>
Frank A. Bruno
White & Williams LLP
brunof@whiteandwilliams.com

Leslie M. Spencer
DESMARAIS LLP
lspencer@desmaraisllp.com

*Attorneys for Defendant Ford Motor Company*

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)