

October 30, 2023

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

  Re: *Carrum Technologies, LLC v. Ford Motor Company*
    <u>C.A. No. 18-cv-1647-RGA-SRF</u>

Dear Judge Andrews:

  For the trial in this action set to begin on November 27, 2023, the parties have agreed on a Questionnaire for Prospective Jurors, attached as Exhibit A. To the extent Your Honor finds the Questionnaire acceptable and is willing to allow it, the parties respectfully request that the Questionnaire be sent to the prospective jurors.

  We are available at the Court's convenience should Your Honor have any questions.

           Respectfully submitted,

           /s/ Michael J. Farnan

           Michael J. Farnan

cc: Counsel of Record (Via E-Filing)