# EXHIBIT A

**QUESTIONNAIRE FOR PROSPECTIVE JURORS**

NAME (print): _____  DOB: _____  Gender:_____

1. What is the highest level of education you completed? _____
   If any education beyond high school, list areas of study and any certificates or degrees obtained: _____
   _____

2. What is your current employment status? **Check all that apply**.
   \_\_\_Employed full-time   \_\_\_Student   \_\_\_Homemaker   \_\_\_Unemployed (for how long? _____)
   \_\_\_Employed part-time   \_\_\_More than 1 job   \_\_\_Disabled   \_\_\_Retired (for how long? _____)

3. List current or most recent occupation and employer, including years of employment and job duties:_____
   _____

4. Marital status: _____   Current or former spouse/partner's occupation and employer: _____
   _____

5. Have you, a family member, or someone close to you ever had any education, training, work, or other experience involving the following? **Check all that apply**.

   | | | | |
   |---|---|---|---|
   | Law / Legal Field/ Patents | \_\_\_Yes, self | \_\_\_ Yes, family | \_\_\_Yes, someone close |
   | Patents / Intellectual Property | \_\_\_Yes, self | \_\_\_ Yes, family | \_\_\_Yes, someone close |
   | Contracts / Licensing Agreements / Royalties | \_\_\_Yes, self | \_\_\_ Yes, family | \_\_\_Yes, someone close |
   | Automotive Industry | \_\_\_Yes, self | \_\_\_ Yes, family | \_\_\_Yes, someone close |
   | Information Technology / Computers | \_\_\_Yes, self | \_\_\_ Yes, family | \_\_\_Yes, someone close |

   If you checked any of the above, please identify the person and describe the education, training, work or experience: _____

6. Do you hold a strongly favorable or strongly unfavorable opinion of large corporations?
   \_\_\_Favorable   \_\_\_Unfavorable   \_\_\_Neither

7. Have you read or heard about, or are you familiar with, Adaptive Cruise Control (ACC) technology?
   \_\_\_Yes   \_\_\_No   \_\_\_Unsure

8. How often do you use cruise control while driving?   \_\_\_Frequently   \_\_\_Occasionally   \_\_\_ Rarely   \_\_\_Never

9. How would you describe your experiences, if any, with the use of cruise control while driving?
   \_\_\_Generally positive   \_\_\_Generally negative   \_\_\_Mixed   \_\_\_Never used

10. Have you, a family member or someone close to you ever invented or designed anything?
    \_\_\_Yes, I have   \_\_\_ Yes, family/someone close has   \_\_\_No
    If Yes, please identify the person and describe the invention/design:_____
    _____

11. Have you ever worked for a company that was involved in a lawsuit or dispute concerning a patent or other intellectual property? \_\_\_Yes   \_\_\_No

12. Do you have any strong beliefs or feelings about the U.S. judicial system?\_\_\_Yes   \_\_\_No   If Yes, please explain \_\_\_\_\_
    _____

13. Do you believe there should be limits placed on how much a jury can award a plaintiff in a civil lawsuit?
    \_\_\_Yes, and I would apply these limits no matter what the evidence showed,
    \_\_\_Yes, but I would follow the law and evidence in assigning damages
    \_\_\_No
    \_\_\_Unsure

14. Have you ever served on a jury before? \_\_\_Yes   \_\_\_No   If Yes, when? _____
    For a civil or criminal case (or both)? _____   Were you ever the jury foreperson? \_\_\_Yes   \_\_\_No

15. Were you ever a party or witness in a lawsuit? ___Yes  ___No
    If yes, please describe what kind of lawsuit and how you were involved: _____
    _____

16. Do you have any strong beliefs or feelings about the U.S. patent system? ___Yes  ___No
    If Yes, please explain _____

**Prospective Juror Signature**_____     **Date:**_____

2